1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California
Telephone: (415) 436-6401

7 | Facsimile: (415) 436-6982
E-Mail: nicole.kim@usdoj.gov

8

Attorneys for the United States of America

9

10

11

12

13 | UNITED STATES OF AMERICA

14

15 | v.

16 | AARON JERMAINE SLOAN,

17 |    Defendant.

18 | _____

**FILED**

JUL 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION    3    0 8    7 0 4 2 3

**MFJ**

)
)
)
)
)
)
)
)
)
)
)
)
)

CRIMINAL NO.

NOTICE OF PROCEEDINGS ON
OUT-OF-DISTRICT CRIMINAL
CHARGES PURSUANT TO RULES
5(c)(2) AND (3) OF THE FEDERAL RULES
OF CRIMINAL PROCEDURE

19 |     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20 | Procedure that on July 10, 2008, the above-named defendant was arrested based upon an arrest

21 | warrant (copy attached) issued upon an

22 |    ☐ Indictment

23 |    ☐ Information

24 |    ☐ Criminal Complaint

25 |    X Other (describe) <u>Petition for Warrant or Summons for Offender under Supervision</u>

26 | pending in the Western District of Washington, Case Number 05-378 JLR.

27

28

1

1    In that case, the defendant's underlying offense was a violation of 18 U.S.C. § 1038(a)(1)

2    (Anthrax Hoax), and in the instant offense, he is charged with violating the terms and conditions

3    of his supervised release resulting from his underlying offense.

4

5                                                  Respectfully Submitted,

6                                                  JOSEPH P. RUSSONIELLO
                                                   UNITED STATES ATTORNEY

7

8    Dated: July 10, 2008

                                                   NICOLE M. KIM
9                                                  Assistant U.S. Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

Aaron Jermaine Sloan

RECEIVED
UNITED STATES MARSHAL
Jun 2
2008 MAY 33 A 8: 54

WESTERN DISTRICT
WASHINGTON (86)
SEATTLE, WASHINGTON

**WARRANT FOR ARREST**

CASE NUMBER: CR05-378JLR

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Aaron Jermaine Sloan _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

____ Indictment ____ Information __✓__ Probation/Supervised Release Violation Petition

charging him or her with:

Violation of Supervised Release

in violation of Title ____ United States Code, Section(s) _____

| Mary Duett | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

| Mary Duett (signature) | June 2, 2008 at Seattle, WA |
|---|---|
| Signature of Issuing Officer | Date and Location |

Bail fixed at _____   by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

I hereby certify that the
annexed instruments is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk